**Dr. Kevin W. CHURCH, Sr., Plaintiff-Appellant,**

v.

**Roger KENNEDY, Captain; Cathy Aldridge, LPN/RN; Karen Sample, Sergeant, Inmate Accounts Clerk and Accounts Receivable, Defendants-Appellees,**

and

**Eastern Shore Regional Jail, Owner/Operator; Eastern Shore Regional Jail Board of Directors, Governing Board; Virginia Beach Sheriff's Office, Owner/Operators, Defendants.**

No. 16-6767

United States Court of Appeals, Fourth Circuit.

Submitted: November 17, 2016

Decided: November 22, 2016

Kevin W. Church, Sr., Appellant Pro Se.

Before GREGORY, Chief Judge, and MOTZ and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kevin W. Church, Sr., appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Church v. Kennedy, No. 1:15–cv–00653–LMB–JFA, 2016 WL 3002405 (E.D. Va. May 20, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED